UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MONTGOMERY, individually and on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>HRB TAX GROUP, INC., H&R BLOCK, INC., PATHWARD, N.A., and EMERALD FINANCIAL SERVICES, LLC,<br><br>          Defendant. | Case No.:  26-CV-759 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT & SET BRIEFING SCHEDULE**<br><br>(ECF No. 19) |

   Presently before the Court is the Parties' Joint Motion to Extend Time for Defendants to Respond to the Complaint & Set Briefing Schedule ("Joint Mot.," ECF No. 19).  The Parties seek to extend Defendants' time to respond to the Complaint and to set a briefing schedule "[i]n the event that Defendants file one or more motions in response to the Complaint . . . ." Joint Mot. at 1.  Accordingly, the Court **GRANTS** the Joint Motion and **SETS** the following schedule:

   1.  Defendants **SHALL RESPOND** the Complaint <u>on or before May 4, 2026</u>.

   2.  Plaintiff **SHALL FILE** any opposition to Defendants' response <u>on or before June 17, 2026</u>.

3.      Defendants **SHALL FILE** any reply <u>on or before July 8, 2026</u>.

**IT IS SO ORDERED.**

Dated:  April 1, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-759 JLS (MSB)